Acker Warren, P.C.
Sean Acker
Brandon Warren
Attorneys at Law
2205 W. Division St., Ste A-2
Arlington, TX 76012
(817) 752-9033 Telephone
(817) 717-2083 Facsimile
sean@ackerwarren.com
brandon@ackerwarren.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-42636-13 |
| | § | |
| STACI AND JAMES R JONES | § | |
|     DEBTOR(S) | § | Hearing: 3/6/2025 |
| | § | Time: 8:30 a.m. |
| | § | |

## NOTICE OF HEARING

TO ALL PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE, that a preliminary hearing on the Debtor's Modification of Chapter 13 Plan After Confirmation filed by the Debtors STACI AND JAMES R JONES ("Debtor") is scheduled for 3/6/2025 at 8:30 a.m. in front of the Honorable Judge Edward L. Morris, United States Bankruptcy Judge. The hearing will be conducted by WebEx conference only at https://us-courts.webex.com/meet/morris. Webex instructions may be obtained at:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0

A Creditor or party in interest is not required to attend unless the creditor or party in interest has an objection to the Motion. If no objection to the Motion is filed before the above date the Court may grant the relief sought.

                                                              Respectfully submitted,
                                                              /s/Sean Acker
                                                              Acker Warren, P.C.
                                                              Sean Acker
                                                              SBN: 24069273
                                                              Brandon Warren
                                                              SBN: 24095007

Attorneys at Law
2205 W. Division St., Ste A-2
Arlington, TX 76012
Tel: (817) 752-9033
Fax: (817) 717-2083
sean@ackerwarren.com
brandon@ackerwarren.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Hearing was this the 14th day of January, 2025, forwarded to all parties-in-interest listed on the Debtor's mailing matrix by electronic means if available, and if not available, by First Class U.S. Mail.

/s/ Sean Acker
SEAN ACKER
BRANDON WARREN

All In Credit Union
Weltman, Weinberg & Reis Co LPA
5990 West Creek Rd. 200
Independence, OH 44131

Bay Credit Union n/k/a Hello
Credit Unio
P O Box 12492
Tallahassee, FL 32317

Cach LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Capital One
by AIS InfoSource LP as
agent
P.O. Box 71083
Charlotte, NC 28272

Capital One
by AIS InfoSource LP as agent
P.O. Box 71083
Charlotte, NC 28272

Capital One
by AIS InfoSource LP as
agent
P.O. Box 71083
Charlotte, NC 28272

Citibank N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108

Citibank N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108

| | |
|---|---|
| Citibank N.A.<br>5800 S Coporate Pl<br>Sioux Falls, SD 57108 | CW Nexus Credit Card<br>Holdings I, LLC<br>PO Box 10368<br>Greenville, SC 29603 |
| First Federal Bank<br>c/o LoanCare, LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452 | Innovations Financial Credit<br>Union<br>PO Box 12492<br>Tallahassee, FL 32317 |
| Internal Revenue Service<br>Speical Procedures Insolvency<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Jefferson Capital Sys LLC<br>PO Box 7999<br>Saint Cloud, MN 56302 |
| Jefferson Capital System, LLC<br>PO Box 7999<br>Saint Cloud, MN 56302 | Jefferson Capital Systems<br>LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-9617 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100 700 Kans | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA,<br>N.A.<br>c/o Robertson, Anschutz,<br>Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue,<br>Suite 100 700<br>Kans |
| Kubota Credit Corp, USA<br>Attn: Bankruptcy<br>PO Box 9013<br>Addison, TX 75001 | Lone Mountain<br>200 Owen Pkwy Cir<br>Carter Lake, IA 51510 |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | LVNV Funding LLC<br>c/o Resurgent Capital<br>Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

NAVY FCU
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

NCB Management Services, Inc.
One Allied Dr.
Feasterville Trevose, PA 19053

Portfolio Recovery Ass. LLC
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Ass. LLC
c/o Lending club Coirporation as Service
PO Box 41067
Norfolk, VA 23541

Progressive Leasing
256 W Data Dr.
Draper, UT 84020

quantum 3 Group LLC as agent for CF Medi
PO Box 788
Kirkland, WA 98083

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

TBOM Fortiva
PO Box 105555
Atlanta, GA 30348

U.S. Department of Housing and Urban Dev
307 W 7th St. 1000
Fort Worth, TX 76102

Verizon
by American info Source
PO Box 4457
Houston, TX 77210